

# NUMBER 13-21-00214-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE TEXAS DEPARTMENT OF TRANSPORTATION

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

On July 12, 2021, relator Texas Department of Transportation filed a petition for writ of mandamus and an opposed motion for emergency stay in the above-referenced cause. Through this original proceeding, relator seeks to compel the trial court to vacate its order of June 23, 2021, compelling relator to produce Pavement Management Information System data, including skid testing data. *See* 23 U.S.C. § 409 (governing the discovery and admission as evidence of certain reports and surveys regarding highway

safety). By opposed motion for emergency stay, relator seeks to stay the order of June 23, 2021, requiring relator to produce the data.

The Court, having examined and fully considered the opposed motion for emergency stay, is of the opinion that the motion should be granted. Accordingly, we grant the relator's opposed motion for emergency stay, and we order the trial court's "Order Granting Plaintiffs' Motion to Compel," signed on June 23, 2021, to be stayed pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Tanya Simpson, individually and as representative of the estate of Floyd Simpson and as next friend of J.A.S.; Amber Simpson; and Lauren Dior Simpson; or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
13th day of July, 2021.

2